UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

------------------------------------------------

CASE NO. 21-TP-20050-MOORE

------------------------------------------------

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

LUIS RODRIGUEZ-OLIVERA

       Defendant.

_____/

## NOTICE OF APPEARANCE

The Clerk and all parties to this action will please note the appearance of the undersigned attorney as counsel for the Defendant in the above-styled cause.

Counsel requests that all pleadings, notices, and/or other papers be sent to said co-counsel by the Clerk of the above Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of February, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Respectfully submitted,

**ROJAS & OLIVA, P.A.**
**Attorneys for the Defendant**
**18500 Pines Blvd., Suite 206**
**Pembroke Pines, Florida 33029**
**(305) 373-6868**
ruben@rojasoliva.com

By: /s Ruben Oliva
     RUBEN OLIVA, ESQ.
     F.B.N. 626074